In the Matter of the Accounting of JAMES H. HAIGHT, as
Executor of SQUIRE HAIGHT, Deceased, Appellant.
VINCENT HAIGHT et al., Respondents.

*Matter of Haight,* 121 App. Div. 907, affirmed.
(Argued February 11, 1909; decided March 2, 1909.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the second judicial department, entered
October 4, 1907, which affirmed a decree of the Westchester

County Surrogate's Court surcharging the accounts of the executor herein.

*Nathan P. Bushnell* and *Franklin Couch* for appellant.

*Frank L. Young* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.